IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

SHAWN T. EZELL                                                                              PLAINTIFF

V.                                                          CIVIL ACTION NO.1:14CV120-SA-DAS

KANSAS CITY SOUTHERN
RAILWAY COMPANY, et al.                                                         DEFENDANTS

## ORDER

The plaintiff named Terry McMullin as a defendant in this action. The complaint was filed on July 29, 2014 and the plaintiff has failed to show any service of process on this defendant. The plaintiff has not responded to any of the three Clerk's Notices of Incomplete Process. This action is dismissed without prejudice as to the defendant Terry McMullin, for failure to prosecute

SO ORDERED this the 20th day of January, 2015.

                                                                          /s/ Sharion Aycock
                                                                          **U.S. DISTRICT JUDGE**