IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

SHAWN T. EZELL                                                                               PLAINTIFF

V.                                                              CAUSE NO.: 1:14CV120-SA-DAS

KANSAS CITY SOUTHERN RAILWAY COMPANY                                   DEFENDANT

FINAL JUDGMENT

Pursuant to a Memorandum Opinion issued this day, Defendant's Motion for Summary Judgment [60] is GRANTED. Plaintiff's claims are DISMISSED, and this case is CLOSED.

SO ORDERED, this the 18th day of May, 2016.

                                              **/s/ Sharion Aycock**
                                              **U.S. DISTRICT JUDGE**